# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**DAVID LACKEY**, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

MGM RESORTS INTERNATIONAL,

Defendant.

Case No. 2:23-cv-01549-RFB-NJK

**ORDER GRANTING SUBSTITUTION OF ATTORNEY AND APPOINTMENT/SUBSTITUTION OF DESIGNATION OF LOCAL COUNSEL**

IT IS HEREBY ORDERED that Plaintiff's Notice of Substitution of Attorney Nathan R. Ring of Stranch, Jennings & Garvey, PLLC, 3100 W. Charleston Boulevard, Suite 208, Las Vegas, NV 89102, Tel. 725-235-9750, as attorney in stead of Don Springmeyer of Kemp Jones, LLP in this action is GRANTED.

IT IS FURTHER ORDERED that Nathan R. Ring shall serve as Plaintiff's Designated Resident Nevada Counsel in this case.

Date: November 29, 2023

_____
United States Magistrate Judge