**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LACKEY, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1549-RFB-NJK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT<br><br>[Docket No. 25] |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 11, 2024.

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: December 12, 2023