Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

*Attorneys for Plaintiff and the Proposed Class*

Todd L. Bice
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1549-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT**<br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff David Lackey and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024 to and

1  including April 10, 2024. This is the fourth stipulation for an extension of time to file
2  MGM's responsive pleading. The court previously granted an extension on January 9, 2024.
3  ECF No. 28.

4        Good cause exists to enlarge the time for MGM to respond to the Complaint. There
5  are currently thirteen other related actions filed against MGM pending in this District (the
6  "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Owens v. MGM
7  Resorts Int'l*, No. 2:23-cv-01480; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Zussman
8  v. Vici Properties Inc., et al.*, No. 2:23-cv-01537; *Terezo v. MGM Resorts Int'l*, No. 2:23-
9  cv-01577; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*,
10  No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts
11  Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici
12  Properties Inc., et al.*, No. 2:23-cv-02042; *Mejia v. MGM Resorts, Int'l*, No. 2:23-cv-00081;
13  *Righetti v. MGM Resorts Int'l*, No. 2:23-cv-2064.

14        On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated
15  putative class actions brought against MGM by individuals who allege their PII was
16  compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019
17  Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,
18  notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM
19  Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188.
20  Plaintiffs in this action have opposed this effort because the 2019 Actions involved a
21  different threat actor and different data. No order has issued on the notices filed by the
22  plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the
23  Related Actions.

24        The parties in the Related Actions are discussing this development in addition to the
25  consolidation of the Related Actions. The parties in the Related Actions have also engaged
26  in preliminary information exchange that may avoid the need for certain motion practice,
27  which would conserve judicial resources. As such, additional time is required to permit time
28  to meet and confer with the various parties to the Related Actions.

1  The Parties' request is made in good faith to enable the parties to finalize the joint
2  motion for consolidation and conserve judicial and party resources. Moreover, this case is
3  in its infancy, and this request will not prejudice any party.
4  **WHEREAS** the Parties respectfully request that MGM shall have until April 10,
5  2024, to answer, move, or otherwise respond to the Complaint.

6  Dated: March 8, 2024                              Respectfully submitted,

7                                                     /s/ Nathan R. Ring
                                                     Nathan R. Ring
8                                                    NV State Bar No. 12078
                                                     **STRANCH, JENNINGS & GARVEY,**
9                                                    **PLLC**
                                                     3100 W. Charleston Boulevard, Suite 208
10                                                   Las Vegas, NV 89102
                                                     Telephone: (725) 235-9750
11                                                   lasvegas@stranchlaw.com
12
                                                     James J. Pizzirusso
13                                                   **HAUSFELD LLP**
                                                     888 16th Street Ste. 300
14                                                   Washington, DC 20006
                                                     Telephone: 202.540.7200
15                                                   jpizzirusso@hausfeld.com

16                                                   *Attorneys for Plaintiff and the Proposed*
17                                                   *Class*

                                                     /s/ Todd L. Bice
18                                                   Todd L. Bice
                                                     **PISANELLI BICE, PLLC**
19                                                   400 S. 7th Street Suite 300
                                                     Las Vegas, NV 89101
20                                                   Telephone: 702.214.2100
                                                     tlb@pisanellibice.com
21
                                                     Angela C. Agrusa
22                                                   **DLA PIPER LLP (US)**
                                                     2000 Avenue of the Stars
23                                                   Suite 400 North Tower
                                                     Los Angeles, CA 90067-4735
24                                                   Telephone: 310.595.3000
                                                     Angela.agrusa@us.dlapiper.com
25
                                                     *Attorneys for Defendant*
26                                                   *MGM Resorts International*
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1549-RFB-NJK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including April 10, 2024.

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: March 11, 2024